**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2294-WJM-KLM

FERNANDO LEONARD, and
MOANA LEONARD f/k/a MOANA SYLVESTER,

    Plaintiffs,

v.

EDWARD D. FITZHUGH,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on Plaintiffs' Motion for Default Judgment ("Motion") (ECF No. 24). Today, May 15, 2015, the Court held a damages hearing on the Motion at which Plaintiffs' counsel, Christian Hatfield, appeared in person, and Plaintiffs Fernando Leonard and Moana Leonard appeared telephonically.

    This Order memorializes the items the Plaintiffs must file with the Court within the next 30 days. As the Court informed counsel earlier today, Plaintiffs must file Proposed Findings of Fact and Conclusions of Law, as well as a brief discussing the applicability of Colorado Revised Statute § 6-1-105 to this matter. Plaintiffs' Proposed Findings of Fact shall detail the differences between the damages requested in their Motion, and the figures elicited during the hearing, and include the final, correct, totals for all damages requested. Plaintiffs shall follow the formatting requirements for their Proposed Findings of Fact as specified in WJM Revised Practice Standard III.E.4.

Plaintiffs' brief on Colorado Revised Statute § 6-1-105 shall address the following: (1) which provision of § 6-1-105 applies to Defendant Edward Fitzhugh's alleged negligence; and (2) how § 6-1-105 applies to Defendant Fitzhugh's conduct and, assuming it applies, what statutory damages and attorneys' fees are recoverable as a result.  Counsel shall brief these issues in light of the fact that the Colorado Consumer Protection Act "cannot be used to remedy a purely private wrong," and that negligence alone will not support a claim under the statute.  *Crowe v. Tull*, 126 P.3d 196, 204, 208 (Colo. 2006).  Plaintiffs shall also submit documentation to substantiate the amount of the requested attorneys' fee award in this case, including a detailed and legally sufficient affidavit from counsel, in the event the Court determines that a fee award is appropriate.

It is accordingly ORDERED that Plaintiffs shall submit the foregoing briefing and documentation on or before June 15, 2015.

Dated this 15th day of May, 2015.

BY THE COURT:

William J. Martinez
United States District Judge